| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Al Rushaid Parker Drilling, *et al.*, §
§
      Plaintiffs, §
§
*versus* §    Miscellaneous Action H-10-449
§
Texas International Oilfield Tools, §
§
      Defendant. §

## Order

    The clerk of the court will unseal the miscellaneous action, convert it into a civil action, and assign it to Judge Lynn N. Hughes's docket.

    Signed on November 22, 2010, at Houston, Texas.

                                                       Lynn N. Hughes
                                       United States District Judge